FILED
2021 Feb-16  PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KATRINA CARTER**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:20-CV-01803-CLM |
| | ) |
| **CROWN ASSET MANAGEMENT, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## SCHEDULING ORDER

This order is entered based upon the scheduling conference held February 16, 2021. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

The dates and deadlines in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | 02/25/2021 |
| Deadline to Amend Pleadings (parties, counts, etc.) | P: 05/03/2021<br>D: 06/11/2021 |
| Expert Reports | P: 06/14/2021<br>P Depositions: 07/16/2021<br>D: 08/27/2021<br>D Depositions: 09/30/2021 |
| Rule 26(e) Supplementation | Follow Rule 26(e)(1)(A) |

| | |
|---|---|
| All discovery complete (Written discovery and Depositions, including experts) | 12/03/2021 |
| Status Conference (telephone) | 12/07/2021 at 2:00pm |
| Dispositive motions | 01/18/2022 *Follow Appendix II* |
| Witness and Exhibit Lists | 04/29/2022 |
| Motions in Limine | 05/13/2022 |
| Pretrial Conference | 05/20/2022 at 10:00 AM in Anniston |
| Trial Date | 06/13/2022 in Anniston (3 days) |

The discovery limits in this case are set forth below:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 25 max each, responses due within 30 days of service |
| Requests for Admissions | 25 max each, responses due within 30 days of service |
| Requests for Production | 25 max each, responses due within 30 days of service |
| Depositions | 5 max each, limited to 7 hours |

Please use the call-in information from today's telephone scheduling

conference for future telephone conferences. All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order, attached hereto for the parties' convenience. This order may be modified by filing a motion that establishes good cause for the requested change.

      **DONE** and **ORDERED** this February 16, 2021.

                                          _____
                                          **COREY L. MAZE**
                                          UNITED STATES DISTRICT JUDGE