# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KATRINA CARTER,** | ) |
| **PLAINTIFF,** | ) |
| V. | ) 1:20-CV-01803-CLM |
| **CROWN ASSET MANAGEMENT, LLC;** | ) |
| **DEFENDANTS.** | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, Katrina Carter, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and moves this Court for leave to amend her Complaint, stating as follows:

1. Plaintiff seeks leave to amend her Original Complaint filed on November 23, 2020 to include additional claims under her FDCPA claim for alleged misrepresentations made by Defendant while attempting to collect the underlying debt from Plaintiff.

2. Plaintiff learned this information on February 26, 2021.

3. Plaintiff provided Defendant with a copy of the proposed Amended Complaint on March 1, 2021.

4. Amendments to the Pleadings should be freely granted. *Warner v. Alexander Grant & Co.*, 828 F.2d 1528, 1531 (11th Cir. 1987); *see also* Fed. R. Civ. P. 15(a).

5. Plaintiff's proposed Amended Complaint is attached hereto as Exhibit "A."

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that this Honorable Court allow him to amend his Complaint.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35203
205-378-8121

**CERTIFICATE OF SERVICE**

I hereby certify that on this the March 12, 2021, that I have served the foregoing document to the following by filing it through the CM/ECF system:

Neal D. Moore, Esq.
Moore, Young, Foster, & Hazelton, LLP
1122 Edenton Street
Birmingham, Alabama, 35242

/s/ John C. Hubbard