FILED
2021 May-04 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KATRINA CARTER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.: 1:20-CV-01803-CLM** |
| ) | |
| **CROWN ASSET** ) | |
| **MANAGEMENT, LLC;** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT CROWN ASSET MANAGEMENT, LCC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Crown Asset Management, LLC (hereinafter "Crown Asset" or the "Defendant") and respectfully moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter summary judgment in its favor against Plaintiff, Katrina Carter, as to Count I of the Complaint [Document 1, filed November 13, 2020]. This is not a motion for partial summary judgment because Count I is the only claim left in the Complaint. [See Document 7, Defendant's Motion to Dismiss Counts Two, Three and Four, filed December 12, 2020; Document 10, Plaintiff's Response conceding to the dismissal, filed January 20, 2021, and Document 15, Order filed February 17, 2021]. Accordingly, granting this Motion will dispose of the entire case.

{W0684325.1 }

WHEREFORE, PREMISES CONSIDERED, Crown Asset respectfully requests this Honorable Court:

1) to enter summary judgment in its favor as to Count I of the Complaint;

2) to dismiss this case with prejudice as no claims remain

        Respectfully submitted,

        /s/ Neal D. Moore, III
        Neal D. Moore, III
        *Attorney for Defendant*

**OF COUNSEL:**
**MOORE, YOUNG, FOSTER, & HAZELTON, LLP**
1122 Edenton Street
Birmingham, Alabama 35242
Phone: (205) 879-8722
Fax:   (205) 879-8831
NMoore@my-defense.com

### CERTIFICATE OF SERVICE

This is to certify that on this the 4th day of May, 2021, a copy of the above and foregoing has been served upon counsel for all parties to this proceeding via Alafile:

John C. Hubbard
PO Box 953
Birmingham, AL 35201
jch@jchubbardlaw.com

        /s/ Neal D. Moore, III
        OF COUNSEL

{W0684325.1 }