FILED
2021 May-04 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Defendant's Exhibit C:

# Affidavit of Darren Kies

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATRINA CARTER          ) | |
|                 Plaintiff,    ) | |
| v.    ) | Civil Action No.: 1:20-CV-01803-CLM |
| CROWN ASSET    ) | |
| MANAGEMENT, LLC;  ) | |
|                 Defendants.  ) | |

## AFFIDAVIT OF DARREN KIES

1. My name is Darren Kies. I am over the age of 21 and have personal knowledge of the facts in this affidavit. I am a licensed attorney in good standing in the State of Alabama.

2. I represented Crown Asset Management, LLC in the case of Crown Asset Management, LLC assignee of Synchrony Bank v. Katrina Carter, 61-SM-2020-900239.

3. The Complaint stated Katrina Carter failed to pay the balance of Account Number ************4049 for the amount of $2,438.56.

4. An exhibit was attached to the Complaint of a Charge Off Document sent to Katrina Carter identifying her name, address, account number, and amount owed. This exhibit reflects the same account number and exact amount owed referenced in the Complaint.

5. In Small Claims Court, under Rule J, the Court, in its discretion, can accept evidence that may otherwise be hearsay. This includes an unverified Complaint and exhibits.

6. In my professional judgment, the averments in the complaint and exhibits, if accepted by the judge, were sufficient to prove our case against Ms. Carter and I

was confident the documentation before the court would be adequate to grant judgment in our favor.

7. During the trial, I was prepared to cross-examine Katrina Carter, but she did not personally attend.
8. I have the client's authority to move to dismiss any case if I do not believe the facts or law support pursuing it; in my professional judgment I believed we had sufficient evidence to prevail at trial.
9. The case went to trial and I presented to the Court the facts and evidence in favor of my client.
10. I also represented Crown Asset Management, LLC in the case of Crown Asset Management, LLC assignee of Synchrony Bank v. Katrina Carter, 61-SM-2020-900317.
11. The Complaint stated Katrina Carter failed to pay the balance of Account Number ************5750 for the amount of $2,318.77.
12. An exhibit was attached to the Complaint of a Charge Off Document sent to Katrina Carter identifying her name, address, account number, and amount owed. This exhibit reflects the same account number and exact amount owed referenced in the Complaint.
13. In my professional judgment, the exhibit attached to the Complaint, if accepted by the judge, was sufficient to prove our case against Ms. Carter and I was confident the documentation before the court would be adequate to grant judgment in our favor.
14. During the trial, I was prepared to cross-examine Katrina Carter, but she did not personally attend.
15. I have authority to move to dismiss any case if I do not believe the facts and law support pursing it. In my professional judgment I believed we had sufficient evidence.
16. The Court called the case to trial and I presented the facts and evidence in favor of my client.

{W0679701.1}                                         Page 2 of 3

Exhibit C000003

17. I have read the Complaint filed by Ms. Carter against Crown Asset Management. Ms. Carter alleges the underlying lawsuits were dismissed by the Court. This is false.

18. Both underlying lawsuits went to trial and the Court rendered verdicts in favor of the defendant. We made the decision not to appeal.

Further Affiant saith not.

_____
DARREN KIES

State of ALABAMA           )

County of Jefferson         )

Before me, the undersigned authority, a notary public, in and for said county and state, personally appeared **Darren Kies** who being by me first duly sworn and who being known to me, deposes and says that the facts set out in the foregoing affidavit are true and correct, to the best of his/her knowledge, information and belief.

Sworn to and subscribed before me on this the 6th day of April, 2021.

_____
Notary Public    Kimberly Bates
My Commission Expires 8/4/22

*(Notary seal: KIMBERLY CAROL BATES, NOTARY PUBLIC, ALABAMA STATE AT LARGE)*