# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **Katrina Carter,**<br>      Plaintiff,<br><br>v.<br><br>**Crown Asset Management, LLC,**<br>      Defendant. | **Case No. 1:20-cv-1803-CLM** |

## ORDER OF DISMISSAL

The Court, having been advised that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The Court retains jurisdiction to reinstate the case if any party represents to the Court **on or before July 20, 2022**, that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the Court does not hear from the parties by July 20, 2022, then the dismissal will convert into a dismissal with prejudice. All pending deadlines and settings in this case are cancelled.

**DONE** and **ORDERED** on May 20, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE