# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KATRINA CARTER,** | ) |
| **PLAINTIFF,** | ) |
| **V.** | ) 1:20-CV-01803-CLM |
| **CROWN ASSET MANAGEMENT, LLC;** | ) |
| **DEFENDANT.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Katrina Carter and Defendant Crown Asset Management, LLC, pursuant to Fed. R. Civ. P. 41, hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendant with prejudice, with the Parties to bear their own attorney's fees, costs, and expenses.

/s/ John C. Hubbard
John C. Hubbard
Attorney for the Plaintiff
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL 35201


Neal D. Moore
Attorney for Defendants
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203